KELVIN SEAWRIGHT, Respondent, v OMAR M. CROOKS et al., Appellants. (Appeal No. 2.) [929 NYS2d 919]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

INTERNATIONAL GROUP, INC., et al., Appellants-Respondents, v UNITED STATES AVIATION UNDERWRITERS INCORPORATED et al., Respondents-Appellants. [929 NYS2d 919]—

Now, upon reading and filing the stipulation of withdrawal of appeal signed by the attorneys for the parties on August 4 and 5, 2011,

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.